FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6 AM 11:28

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAVONI BRIDGES | CIVIL ACTION |
| VERSUS | NO: 04-2130 |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY | SECTION: "R" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding, as of this date, no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision **DENYING** Bridges's application for Supplemental Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 6th day of March 2006.

*Sarah Vance*
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep____
___ Doc. No_____